UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID JOSHUA SHEPARD, | CASE NO. 2:22-cv-01331-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NATHAN RYNNING and US BANK NATIONAL ASSOCIATION, | |
| Defendants. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Court, on its own motion, DIRECTS the Clerk of Court to strike Plaintiff's exhibit to his complaint (Dkt. No. 5) and also administratively place it under seal, as it contains unredacted bank account numbers. Local Civil Rule 5.2 requires parties to avoid including—or partially redact when necessary—financial accounting information in their filings. LCR 5.2(a)(4).

(2) Plaintiff is NOTIFIED that it is the filer's duty—not the Court's—to redact or avoid inclusion of personally sensitive information on the case docket.

(3) This particular exhibit shall be filed under seal, which means that will no longer be visible to the public but will remain visible to the Court and to the parties in this case; however, because it is stricken it will not be considered by the Court unless re-filed alongside an amended complaint. Should Plaintiff choose to file an amended complaint which includes this exhibit, he is INSTRUCTED to appropriately redact his bank account numbers (to at most, the last four digits) and any other personally sensitive information as required by the Local Civil Rules.

Dated this 9th day of November 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk